UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

H. PATRICK BARCLAY,
                Plaintiff,

v.                                          No. 02-CV-1463
                                              (DNH/DRH)
MR. KENNY et al.,
                Defendants.
-----------------------------------------------------------

**DAVID R. HOMER**
**U.S. MAGISTRATE JUDGE**

### ORDER

A telephone conference was held in the above captioned case on April 26, 2005 with counsel for all parties. It appears from the conference that the case will be ready for trial on and after August 1, 2005. Accordingly, it is hereby

**ORDERED** that:

    1. This case is ready for trial on or after **August 1, 2005**;

    2. On or before **August 1, 2005**, all parties **SHALL** file and serve the following documents:

        A. Court Ordered Voir Dire Questionnaire (copy enclosed for each counsel);

        B. Proposed witness list with a brief description of the anticipated testimony of each witness (form enclosed for each counsel); and

        C. Proposed exhibit list (form enclosed for each counsel);

    3. On or before **August 1, 2005**, a party **MAY** file and serve the following documents:

        A. Proposed voir dire questions;

      B. Trial memoranda; and

      C. Proposed jury instructions; and

    4. This case is referred to the district court for trial and for all further proceedings.

**IT IS SO ORDERED.**

DATED: April 26, 2005
        Albany, New York

                                      UNITED STATES MAGISTRATE JUDGE