UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

H. PATRICK BARCLAY,

            Plaintiff,

    v.                                      No. 02-CV-1463
                                            (DNH/DRH)

MR. KENNY, et al.,

            Defendants.

-----------------------------------------------------------------

**ORDER**

Presently pending are (1) plaintiff's motion to preclude defendants' discovery requests (Docket No. 29), (2) defendants' cross-motion to compel discovery (Docket No. 31), (3) plaintiff's motion to compel discovery (Docket No. 34), and (4) plaintiff's motion for a protective order (Docket No. 39). A telephone conference was held with counsel for all parties on June 7, 2005. As directed during that conference, it is hereby

**ORDERED** that:

1. Defendants' cross-motion to compel discovery (Docket No. 31) is **DENIED** except that plaintiff shall provide defendants with duly authorized authorizations for the production of medical and psychiatric records of plaintiff subject to the limitation that such records may be used by defendants only during the litigation of the above captioned case; and

2. Plaintiff's motions (Docket Nos. 29, 34 and 39) are **GRANTED** in part and **DENIED** in part as follows:

a. On or before **July 7, 2005**, defendants shall provide plaintiff with copies of the following documents regarding the incident on November 21, 2001: incident reports, misbehavior reports, disciplinary hearing records, and daily bloc logs for November 21, 2001; and

b. Plaintiff's requests for discovery are **DENIED** in all other respects.

**IT IS SO ORDERED.**

Dated: June 7, 2005
Albany, New York

*David R. Homer*
United States Magistrate Judge